# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

**JERTON EVANS**,

    Plaintiff,

v.

                                        Number: _____

**CLAIBORNE COUNTY BOARD OF EDUCATION**,

    Defendant.

## NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. §§1331, 1343, 1441, 1443, and 1446, Defendant Claiborne County Board of Education hereby removes this action originally commenced by Plaintiff in the Circuit Court for Claiborne County, Tennessee.

In support thereof, Defendant would show the Court as follows:

(1) This action was originally commenced by Plaintiff on June 14, 2016, for alleged violations of the Tennessee Human Rights Act. Plaintiff thereafter filed an Amended Complaint on June 27, 2016, in which he asserted race discrimination along with damages for defamation and humiliation. On March 13, 2018, Plaintiff filed a Third [SIC] Amended Complaint and an Order approving the same was signed by Judge John McAfee on May 23, 2018, and entered into the court's file on June 5, 2018. In this Amended Complaint, the Plaintiff alleged for the first time that the Defendant violated Plaintiff's federal civil rights, and more specifically 42 U.S.C. §§1983 and 1986 along with

1

a violation of the Tennessee Constitution and the First Amendment to the United States Constitution.

(2) This Court has jurisdiction to hear this cause pursuant to 28 U.S.C. §§1331, and 1443 and removal is appropriate under 28 U.S.C. §§1441, 1443, and 1446; and

(3) Venue is appropriate in this Court pursuant to 28 U.S.C. §1391 as all of the events giving rise to this claim occurred in this judicial district and the Defendant's principal place of business is also in this judicial district.

(4) A copy of process, pleadings, and Orders filed in state court are attached hereto.

WHEREFORE, having met all requirements for removal of this cause, Defendant gives notice of removal to the United States District Court for the Eastern District of Tennessee at Knoxville.

RESPECTFULLY SUBMITTED this 21st day of June 2018.

TAYLOR & KNIGHT, GP

*s/ Arthur F. Knight, III*
Arthur F. Knight, III (BPR #016178)
Jonathan Swann Taylor (BPR #025094)
800 Gay Street, Suite 600
Knoxville, Tennessee 37929
Phone: 865-971-1701
amber@taylorknightlaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 21st, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

2

*s/Arthur F. Knight, III*
Arthur F. Knight, III

3