UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| JERTON EVANS, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | No. 3:18-CV-247 |
| v. ) | |
| ) | Judge Collier |
| CLAIBORNE COUNTY BOARD OF ) | Magistrate Judge Guyton |
| EDUCATION, ) | |
| ) | |
| *Defendant.* ) | |

## JUDGMENT ORDER

Before the Court is Defendant Claiborne County Board of Education's motion for summary judgment on all of Plaintiff Jerton Evans's claims. (Doc. 18.) Plaintiff responded in opposition (Doc. 24), and Defendant replied (Doc. 26). For the reasons expressed in the accompanying memorandum, the Court **GRANTS** Defendant's motion for summary judgment (Doc. 18) **IN PART** as to Plaintiff's claims under 42 U.S.C. §§ 1983 and 1986. Those claims are **DISMISSED**. All other pending motions are **DENIED AS MOOT**. The case is **REMANDED** to the Circuit Court for Claiborne County. There being no further issues, the Court **DIRECTS** the Clerk of Court to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *John L. Medearis*
    CLERK OF COURT